## Charles S. Wechter, Appellant, v. Chicago Title and Trust Company, Trustee et al., Appellees.

### Gen. No. 43,733.

opinion filed February 20, 1947; released for publication March 28, 1947. Shulman, Shulman & Abrams, for appellant; Meyer Abrams, of counsel; Sonnenschein, Berkson, Lautmann, Levinson & Morse, Harold L. Reeve and Edmund J. Reynolds, for appellees; Isaac E. Ferguson, Frank C. Bernard and Edmund J. Reynolds, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full.